AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,
  v.
BONIFACIO DOMINGUEZ-MUNOZ,
        Defendant.

**APPEARANCE**

Case Number: 08MJ2350

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
BONIFACIO DOMINGUEZ-MUNOZ

I certify that I am admitted to practice in this court.

| 8/1/2008 | /s/ SHAFFY MOEEL |
|---|---|
| Date | Signature |

| Shaffy Moeel / Federal Defenders of SD | 238732 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 1, 2008                              /s/ *Shaffy Moeel*
                                                             SHAFFY MOEEL
                                                            Federal Defenders of San Diego, Inc.
                                                            225 Broadway, Suite 900
                                                            San Diego, CA 92101-5030
                                                            (619) 234-8467  (tel)
                                                            (619) 687-2666  (fax)
                                                            e-mail: Shaffy_Moeel@fd.org